Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEONI,<br><br>            Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MILITARY STAR,<br><br>            Defendants. | Case No. 2:17-cv-01408-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[First Request]** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff and Experian Information Solutions, Inc., by and through their respective counsel of record, hereby stipulate and request that this Court extend the motion to amend deadline by fifty (50) days. At this time, the parties are not seeking an extension of any other discovery deadlines but reserve the right to request in the future. In support of this Stipulation and Request, the parties state as follows:

**I.     DISCOVERY COMPLETED TO DATE**

Presently, the active parties to this case are Plaintiff and Experian Information Solutions, Inc. ("Experian"), and as such, the recitation of discovery shall be with respect to Plaintiff and Experian.

1.      Plaintiff filed the instant complaint on May 18, 2017.

2.      On June 12, 2017, Experian filed its answer.

3. On June 23, 2017, the parties held the Rule 26 Conference.

4. On June 23, 2017, Plaintiff served Experian with requests for admission, requests for production of documents, and interrogatories. Experian responded on July 24, 2017.

5. On June 23, 2017, Plaintiff served Experian with a notice of deposition, setting the deposition of Experian's 30(b)(6) designee for August 1, 2017. Experian's witness is not available on August 1, 2017, but is available on September 15, 2017. Plaintiff's counsel has agreed to this date provided the parties stipulate to the extension of the motion to amend deadline until 50 days after the renoticed deposition date and Plaintiff's deposition occurs after Experian's deposition.

6. On July 5, 2017, the parties submitted a proposed Discovery Plan and Scheduling Order.

7. On July 6, 2017, the Stipulated Protective Order was entered.

8. On July 25, 2017, Experian served its initial disclosures.

9. On July 26, 2017, Plaintiff served his initial disclosures.

**B.  Specific Description of Discovery that Remains to be Completed**

1. The deposition of Experian's 30(b)(6) witness, which Plaintiff has agreed to renotice for September 15, 2017;

2. The deposition of Plaintiff, which Experian has agreed to renotice for a date after Experian's rescheduled deposition;

3. Depositions of remaining parties and witnesses; and,

4. Any necessary additional written discovery.

**C.  Reasons Why the Remaining Discovery Was Not Completed**

The parties aver, pursuant to LR 6-1, that good cause exists for the requested extension. At this juncture, the discovery close is December 11, 2017.[1]  This stipulation to extend the discovery deadlines is made well in advance of the applicable discovery deadlines and is made to accommodate the availability of Experian's 30(b)(6) designee on September 15, 2017, and

---

[1] This is based on the Proposed Discovery Plan (ECF No. 7), which stands submitted to the Court.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 4

Plaintiff's request, and the parties' agreement, to extend the motion to amend pleadings deadline such that the motion to amend pleadings deadline will now be approximately fifty (50) days after Experian's rescheduled deposition, or November 6, 2017. At this time, the parties do not request an extension of any other discovery deadlines, but only an extension of the motion to amend deadline. The parties reserve the right to seek an extension of other deadlines in the future.

**D.     Proposed Discovery Deadlines**

| Event | Current Deadline[2] | Proposed New Deadline |
|---|---|---|
| Close of Discovery | December 11, 2017 | Same |
| Deadline to Amend Pleadings | September 11, 2017 | November 6, 2017 |
| Deadline to Disclose Initial Experts | October 10, 2017 | Same |
| Deadline to Disclose Rebuttal Experts | November 9, 2017 | Same |

---

[2] *See* n. 1.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

| Dispositive Motions | January 8, 2018 | Same |
| Pre-Trial Order | February 7, 2018 | Same |

Dated: July 27, 2017

| | |
|---|---|
| NAYLOR & BRASTER | KNEPPER & CLARK, LLC |
| By: */s/ Jennifer L. Braster* <br> Jennifer L. Braster (NBN 9982) <br> Nevada Bar No. 9982 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 | By: */s/ Miles N. Clark* <br> Matthew I. Knepper (NBN 12796) <br> Miles N. Clark (NBN 13848) <br> 10040 W. Cheyenne Ave., Suite 170-109 <br> Las Vegas, NV 89129 |
| *Attorneys for Defendant Experian Information Solutions, Inc.* | David H. Krieger <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 |
| If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated: July 28, 2017, _____

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

4 of 4