Andrew M. Cummings
Nevada Bar No. 14505
Jeremy S. Close
CA State Bar No. 260226
*Admitted Pro Hac Vice*
acummings@jonesday.com
jsclose@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LEONI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MILITARY STAR,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01408-RFB-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

///

///

1  PLEASE TAKE NOTICE that Andrew M. Cummings, is no longer associated with
2  JONES DAY and no longer represents Defendant Experian Information Solutions, Inc.
3  ("Experian") in the above-captioned action.  Therefore, it is no longer necessary that Andrew M.
4  Cummings receive CM/ECF notice.  Jeremy Close, Jennifer L. Braster and Andrew J. Sharples
5  will remain counsel of record and should continue to receive notices relating to this case.
6  DATED this 8th day of March, 2018.

JONES DAY

By: */s/ Andrew M. Cummings*
Andrew M. Cummings
Nevada Bar No. 14505
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March 8, 2018

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an |
| 3 | employee of JONES DAY and that on this 8th day of March, 2018, I caused the document |
| 4 | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** to be |
| 5 | served via email to the following: |

| | |
|---|---|
| Matthew I. Knepper<br>Miles N. Clark<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave. Suite 170-109<br>Las Vegas, NV 89129<br>702-825-6060<br>Fax: 702-447-8048<br>Email:<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* | Sean N. Payne<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave. Suite 253-A213<br>Las Vegas, NV 89123<br>702-952-2733<br>Fax: 702-462-7227<br>Email: seanpayne@spaynelaw.com<br>*Attorneys for Plaintiff* |
| David H. Krieger<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>Fax: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | |

        /s/ *Andrew M. Cummings*
        Andrew M. Cummings