# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DAVID LEONI,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MILITARY STAR,<br><br>        Defendant. | 2:17-cv-01408-RFB-VCF<br>**ORDER** |

Before the Court is the Motion for Telephonic Appearance at June 8, 2018 Status Conference and Request for an Order Shortening Time (ECF Nos. 42, 43).

Sufficient reason has been given for Miles Clark, Esq. to appear telephonically at the hearing on June 8, 2018 at 10:30 AM.

Accordingly,

IT IS HEREBY ORDERED that Motion for Telephonic Appearance at June 8, 2018 Status Conference and Request for an Order Shortening Time (ECF Nos. 42, 43) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 7th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE