# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

DAVID LEONI,

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., and MILITARY STAR,

    Defendants.

2:17-cv-01408-RFB-VCF

**ORDER**

Before the Court are the following:

1. Plaintiff's Motion to Compel and for Reconsideration of the Court's Order Regarding ECF Dkt. 47 (ECF Nos. 49, 50-1),

2. Plaintiff's Motion to Seal and/or redact exhibits A-4, B-1, B-2, B-4, B-6, B-7, B-8, C-1 and C-2 to Plaintiff's Motion to Compel and Redact Motion Itself (ECF No. 51),

3. Defendant Experian Information Solutions, Inc.'s Motion to Seal Certain Items in Support of Its Opposition to Plaintiff's Motion to Compel (ECF No. 56), and,

4. Plaintiff's Motion to Seal Reply to Motion to Compel (ECF No. 59).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 10:00 AM, August 1, 2018, in Courtroom 3D.

DATED this 19th day of July, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE