# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DAVID LEONI, and all similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MILITARY STAR,<br><br>Defendants. | 2:17-cv-01408-RFB-VCF<br>**ORDER** |

Before the Court is Plaintiff's Emergency Motion for Protective Order and Request for Extension of Applicable Case Deadlines (ECF Nos. 68, 69).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion for Protective Order and Request for Extension of Applicable Case Deadlines (ECF Nos. 68, 69) must be filed on or before September 4, 2018.

IT IS FURTHER ORDERED that hearing on Plaintiff's Emergency Motion for Protective Order and Request for Extension of Applicable Case Deadlines (ECF Nos. 68, 69) is scheduled for 11:00 AM, September 7, 2018, in Courtroom 3D.

DATED this 27th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE