# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DAVID LEONI, and all similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and MILITARY STAR,<br><br>　　　　　Defendants. | 2:17-cv-01408-RFB-VCF<br>**<u>ORDER</u>** |

Before the court are the following motions:

1. Plaintiff's Motion to Compel and for Reconsideration of the Court's Order (ECF Nos. 49 &50),

2. Defendant Experian Information Solutions, Inc.'s Motion to Seal (ECF No. 67),

3. Plaintiff's Motion to Seal (ECF No. 81),

4. Plaintiff's Motion to Seal Declaration (ECF No. 84).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the above reference motions is scheduled for 2:00 PM, October 9, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that Anya Verkhovskaya and Kimberly Cave must be present at the hearing on October 9, 2018.

DATED this 1st day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE