Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEONI, | Case No. 2:17-cv-01408-RFB-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** |
| v. | **[First Request]** |
| EXPERIAN INFORMATION SOLUTIONS, INC. and MILITARY STAR, | |
| Defendants. | |

Pursuant to LR 6-1 and LR 7-2(b), Plaintiff and Experian Information Solutions, Inc. (the "Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court modify the briefing schedules for the Parties' respective Motions for Summary Judgment ('Summary Judgment Motions"), as well as Plaintiff's Motion for Class Certification and Appointment of Class Counsel ("Class Certification Motion.").

1. On November 1, 2018, Plaintiff filed his Summary Judgment Motion. ECF Dkt. 90.

2. On November 1, 2018, Plaintiff filed his Class Certification Motion. ECF Dkt. 94.

3. On November 1, 2018, Experian filed its Summary Judgment Motion. ECF Dkt. 98.

4. On November 15, 2018, Experian responded to Plaintiff's Class Certification Motion, ECF Dkt. 106.

5. Plaintiff's reply in support of his Class Certification Motion, and the Parties' respective responses to the Summary Judgment Motions, are all presently due on November 23, 2018, one day after the Thanksgiving holiday.

6. In light of the number of filings to be made one day after a major national holiday, the parties request that the briefing deadlines be re-set as follows:

7. Reply in support of Class Certification Motion: **November 29, 2018**.

8. Responses to Summary Judgment Motions: **November 29, 2018**.

9. Replies in support of Summary Judgment Motions: **December 13, 2018**.

//
//
//
//
//
//
//

This is the parties' first request to re-set these briefing deadlines. The requested extensions are being made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated: November 19, 2018

| /s/ Jennifer L. Braster<br>Jennifer L. Braster, Esq. (NBN 9982)<br>Andrew J. Sharples, Esq (NBN 12866)<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Cheryl L. O'Connor, Esq. (NBN 14645)<br>Ryan D. Ball, Esq. (Pro Hac Vice)<br>Jeremy S. Close, Esq. (Pro Hac Vice)<br>Richard J. Grabowski, Esq. (Pro Hac Vice)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>*Attorneys for Experian Information Solutions, Inc.* | /s/ Miles N. Clark<br>Matthew I. Knepper, Esq. (NBN 12796)<br>Miles N. Clark, Esq. (NBN 13848)<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>Sean N. Payne (NBN 13216)<br>PAYNE LAW FIRM LLC<br>9550 S. Eastern Ave. Suite 253-A213<br>Las Vegas, NV 89123<br><br>David H. Krieger, Esq. (NBN 9086)<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 |

## **ORDER**

**IT IS SO ORDERED.**

Dated: November 20, 2018.

RICHARD F. BOULWARE, II
United States District Judge