Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Counsel for Plaintiff David Leoni*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEONI,<br><br>              Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>              Defendant. | Case No. 2:17-cv-01408-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO EXPERIAN'S BILL OF COSTS**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed:  May 18, 2017,<br>First Amended Complaint filed: September 28, 2017 |

Plaintiff  David Leoni ("Plaintiff"), by and through his counsel of record, and Defendant

Experian Information Solutions, Inc., ("Experian") have agreed and stipulated to the following:

1.  On October 18, 2019, Plaintiff filed a Notice of Appeal [ECF No. 131].

2.  On June 14, 2021, the Ninth Circuit Court of Appeals filed a Memorandum

affirming the judgment filed in this matter [ECF No.134].

3.  On July 9, 2021, the Order on Mandate was filed.  [ECF No. 137].

4.  On July 23, 2021, Experian filed their Bill of Costs [ECF No. 138].

5.  Plaintiff's Objections to the Bill of Costs is due on August 6, 2021.

1    Plaintiff and Experian have agreed to extend Plaintiff's objection deadline three (3) weeks

2    in order to allow the parties to continue engaging in settlement discussions, and resolution without

3    burdening the Court with potentially unnecessary briefing, which aids in judicial economy. As a

4    result, both Plaintiff and Experian hereby request this Court to further extend the date for Plaintiff

5    to file his Objection to Experian's Bill of Costs until **August 27, 2021**.

6    This stipulation is made in good faith, is not interposed for delay, and is not filed for an

7    improper purpose.

8    **IT IS SO STIPULATED.**

9    Dated August 4, 2021

| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer L. Braster, Esq., SBN 9982 |
| Miles N. Clark, Esq., SBN 13848 | 1050 Indigo Drive, Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89145 |
| Las Vegas, NV 89148 | Email: jbraster@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | JONES DAY |
| | Cheryl L. O'Connor, Esq., SBN 14745 |
| *Counsel for Plaintiff David Leoni* | 3161 Michelson Drive |
| | Irvine, CA 92612 |
| | Email: coconnor@jonesday.com |
| | |
| | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OBJECTIONS TO
## EXPERIAN'S BILL OF COSTS

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**United States District Court**

DATED this _17th_ day of _August_ 2021.

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430