Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEONI,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:17-cv-01408-RFB-VCF<br><br>**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC., REGARDING BILL OF COSTS**<br><br>Complaint filed: May 18, 2017,<br>First Amended Complaint filed: September 28, 2017 |

PLEASE TAKE NOTICE that Plaintiff David Leoni ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), have reached a tentative settlement regarding the pending bill of costs. The parties anticipate filing a stipulation for withdrawal of the bill of costs with prejudice within 60 days. Plaintiff requests that the pending deadline for his opposition to Experian's bill of costs be stayed for sixty days from the present date.

DATED: August 26, 2021.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  8-26-2021
_____

**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
_____
Miles N. Clark, Esq., SBN 13848
Email: miles.clark@knepperclark.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2021, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC.,** was served via the U.S. District Court's CM/ECF electronic filing system to all parties appearing in this case.

/s/ *Lucille Chiusano*
An employee of KNEPPER & CLARK LLC

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430