Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEONI,<br><br>             Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendant. | Case No. 2:17-cv-01408-RFB-VCF<br><br>**ORDER TO WITHDRAW DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S BILL OF COSTS**<br><br>Complaint filed:  May 18, 2017,<br>First Amended Complaint filed: September 28, 2017 |

PLEASE TAKE NOTICE that pursuant to the Court's Order (ECF No. 142), the Parties have stipulated to Experian Information Solutions, Inc.'s withdraw of its Bill of Costs filed on July 23, 2021 (ECF No. 138).

/ / /

**IT IS SO STIPULATED.**
Dated November 10, 2021

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>*Counsel for Plaintiff*<br>*David Leoni* | Jennifer L. Braster, Esq., SBN 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br><br>**JONES DAY**<br>Cheryl L. O'Connor, Esq., SBN 14745<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: coconnor@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |

## ORDER GRANTING

## STIPULATION TO WITHDRAW DEFENDANT EXPERIAN INFORMATION

## SOLUTIONS, INC.'S BILL OF COSTS

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED this 12 day of November, 2021.

*Leoni v. Experian Information Solutions, Inc. et al*
*Case #: 2:17-cv-01408-RFB-VCF*

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2