AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID LEONI, and all similarly situated
individuals,

JUDGMENT IN A CIVIL CASE

                    Plaintiffs,

     v.

Case Number: 2:17-cv-01408-RFB-VCF

EXPERIAN INFORMATION
SOLUTIONS INC.,

             Defendants.

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Defendants and against Plaintiff dismissing this case. Plaintiff's Motion for Class Certification is DENIED.

8/17/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk